FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY M.,[1] <br><br>            Plaintiff, <br><br>    v. <br><br> FRANK BISIGNANO, <br> COMMISSIONER OF SOCIAL <br> SECURITY, <br><br>            Defendant. | NO: 1:25-cv-03185-RLP <br><br><br> ORDER GRANTING STIPULATED <br> MOTION FOR REMAND |

BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 15.  Based on the stipulation of the parties, the Court finds good cause to grant the motion.  Accordingly, pursuant to the stipulation,

**IT IS ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**.

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy.  *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Appeals Council will remand the case to an Administrative Law Judge in order to:

- Further evaluate the medical opinion evidence;

- Reevaluate Plaintiff's residual functional capacity;

- Obtain supplemental vocational expert evidence, as warranted;

- Offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Opening Brief, **ECF No. 9**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** March 4, 2026.



REBECCA L. PENNELL
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2